IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LARALEE RIEMENSNYDER,** | : | Civil No. 3:20-CV-109 |
| | : | |
| Plaintiff, | : | (Judge Mariani) |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| **PARAGON SYSTEMS,** | : | |
| | : | |
| Defendant. | : | |

**MEMORANDUM AND ORDER**

The background of this order is as follows:

This is an employment discrimination lawsuit brought by a former court security officer against her employer, Paragon Systems. The defendant has filed a motion for summary judgment with accompanying statement of facts pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1. (Docs. 97, 99). This motion remains pending before the court.

The plaintiff's counsel has now moved to stay proceedings in this case, citing the fact that she is incarcerated on an unrelated civil contempt matter. (Doc. 134.) The defendant does not object to this stay, given the unusual circumstances presented here. Accordingly, the motion to stay (Doc. 134) is GRANTED. Plaintiff's counsel is ORDERED to notify the court upon her release from custody so that this stay may be lifted. In the meanwhile, the court reserves the right to file a Report and

Recommendation relating to the ripe summary judgment motion, but in the event that a Report and Recommendation is filed, we will STAY objection deadlines until after the plaintiff's counsel is released from custody.

So ordered this 11th day of May 2022.

<u>/s/ Martin C. Carlson</u>
Martin C. Carlson
United States Magistrate Judge